Chris D. Barski (024321)
Richard A. Drake (025449)
**BARSKI DRAKE PLC**
14500 N. Northsight Blvd., Suite 200
Scottsdale, AZ 85260
Tel: (602) 441-4700
Fax: (602) 680-4305
cbarski@barskidrake.com
*Attorneys for Plaintiff Nancy Kohlerman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NANCY KOHLERMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NO-APPOINTMENT M.D., an Arizona professional limited liability company,<br><br>Defendant. | Case No. 2:11-cv-02035-FJM<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i), *Fed. R. Civ. P.*, the Plaintiff Nancy Kohlerman hereby dismisses the above-referenced cause with prejudice, each party to bear its own attorneys' fees and costs incurred herein.

DATED this 4th day of April, 2012.

**BARSKI DRAKE PLC**


By: /s/ Chris D. Barski
     Chris D. Barski
     Attorney for Plaintiff

I certify that on this 4th day of April, 2012, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of the same via e-mail to the following:

Andrew L. Plattner, Esq.
Sherman & Howard LLC
7033 E. Greenway Parkway, Suite 250
Scottsdale, AZ 85254
aplattner@shermanhoward.com

By: /s/ Chris D. Barski